**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge: David G. Campbell** | **Date:** December 14, 2022 |
| **USA v. Jessica Vanessa Suarez** | **Case Number: CR-21-00610-001-PHX-DGC** |

**Assistant U.S. Attorney:** Timothy Harrison Courchaine
**Attorney for Defendant:** Milagros Anais Cisneros, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:** ☒ **Present**  ☐ **Not Present**  ☒ **Released**  ☐ **Custody**  ☐ **Summons**  ☐ **Writ**

**STATUS CONFERENCE:**

This is the time set for Status Conference re: Sentencing. Discussion held.

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that in the case of Jessica Vanessa Suarez sentencing is continued for 24 months. During this time, the defendant shall be placed under the supervision of U.S. Pretrial Services. IT IS ORDERED setting Deferred Sentencing on **December 11, 2024, at 1:00 p.m.**

While under the supervision of U.S. Pretrial Services, the defendant shall comply with the following conditions of supervision:

- Submit to a program of supervision as directed by the U.S. Probation Office or Pretrial Services;
- Violate no Federal, State, or Local law;
- Abide by all instructions from the U.S. Probation Office or Pretrial Services, all orders of the Court, and all federal, state, and local laws;
- Either maintain status as a full-time student or seek and obtain verifiable employment;
- Not use or possess any narcotic or other controlled substance defined by 21 U.S.C. § 802 unless prescribed for defendant by a licensed medical practitioner in the course of his/her legitimate medical practice. This provision does not permit the use or possession of medicinal marijuana even with a physician's written certification;
- Immediately alert the U.S. Probation office or Pretrial Services to any contact with law enforcement.

The Court reminds the Defendant that pursuant to the plea agreement on Page 3, Item 5, if she "fails at any time or in any way to fulfill all the requirements of this stipulation, the Court shall set this matter for sentencing forthwith, and the defendant shall not be permitted to withdraw her guilty

**USA v.** Jessica Vanessa Suarez  **Date:** December 14, 2022
**Case Number:** CR-21-00610-001-PHX-DGC  Page 2 of 2

plea," and at Item 6, "If the defendant satisfies all of the requirements of this stipulation for the duration of the deferral period, upon the conclusion of the deferral period, the U.S. Attorney's Office will dismiss the Indictment."

**LATER:**  IT IS ORDERED adopting the Magistrate Judge's Findings and Recommendation (Doc. 24).

**Court Reporter** Candy Potter
**Deputy Clerk** Maureen Williams                                  **Start:**  3:03 PM
                                                                    **Stop:**   3:10 PM